IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:  
NAYDA M RIVERA SOTO  
DEBTOR

CASE NUMBER: 09-10635 EAG

CHAPTER 13

### DEBTOR'S REQUEST FOR ENTRY OF ORDER AUTHORIZING DEBTOR TO USE INCOME TAX REFUND FOR THE YEARS 2009 TO 2013 INCLUSIVE

**TO THE HONORABLE COURT**:

**COMES NOW DEBTOR**, through the undersigned counsel, who respectfully states and prays as follows:

1. Debtor filed the instant petition under Chapter 13 of the Bankruptcy Code on December 11, 2009.

2. Debtor's post confirmation modified plan dated February 9, 2011 was confirmed by order dated March 18, 2011 (**d.e. 36**).  The confirmed plan provides for the submission of post petition income tax refunds to the Chapter 13 Trustee (Trustee) for the funding of the plan or in the alternative for debtors to request authorization for the use of the tax refunds as necessary.

3. Debtor received income tax refunds for the years 2009 to 2013 totaling $3,904.00. Copy of these Income tax forms were electronically provided to the Chapter 13 Trustee via the internet program for upload of documents.

4. Debtor was forced to use the refunds to cover household expenses, for instance, to cover the repairs of the household vehicle and repair or replace household appliances.  Copy of invoices were submitted to the Trustee evidencing the costs paid for the expenses.

5. Debtor requests from this Honorable Court to enter an order authorizing her the use of the income tax refunds for the years 2009 to 2013.

In Re: Nayda M. Rivera Soto  Case No. 09-10635 EAG
Page 2  Debtors' request for the Entry of Order

6.  Debtor's last payment under the confirmed plan was due on December 2014. Debtor has made all payments due under the plan.

**WHEREFORE**, debtors respectfully pray from this Honorable Court to enter an order granting her authorization to have used the income tax refunds corresponding to the year 2009 to 2013 to cover household expenses.

In San Juan, Puerto Rico, this June 25, 2015.

**Notice to creditors and parties in interest**

**Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if your were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (I) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**CERTIFICATE OF SERVICE**: I hereby certify that on June 25, 2015 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all registered parties and I further certify that I have otherwise remitted by first class United States Postal Service the document to all creditors not otherwise represented or registered per attached master list.

*s/* *Madeline Soto Pacheco*
MADELINE SOTO PACHECO, ESQ.
USDC 207910
LUBE & SOTO LAW OFFICES
Attorneys for debtor: Nayda M. Rivera Soto
1130 AVE F.D. ROOSEVELT
SAN JUAN, PR 00920-2906
TEL.:SJ 787-722-0909 FAX: 977-1709
TEL PONCE 787-841-1704 FAX 842-5402
E-MAIL: madelinesotopacheco@gmail.com

```
Label Matrix for local noticing      CRIM                                      DORAL BANK
0104-2                               PO BOX 195387                             PO BOX 70308
Case 09-10635-EAG13                  SAN JUAN, PR 00919-5387                   SAN JUAN, PR 00936-8308
District of Puerto Rico
Ponce
Thu Jun 18 16:23:05 AST 2015

DORAL BANK INC                       GE MONEY BANK (SAMS CLUB)                 NCEP, LLC by American InfoSource LP as agent
LIGIA RIVERA BUJOSA ESQ              C/O RECOVERY MANAGEMENT SYSTEMS CORP      PO Box 248872
PO BOX 7821                          25 SE 2ND AVE SUITE 1120                  Oklahoma City, OK 73124-8872
PONCE, PR 00732-7821                 MIAMI, FL 33131-1605


TOYOTA MOTOR CREDIT CORP             US Bankruptcy Court District of PR         CitiFinancial Inc
POB 3001                             Jose V Toledo Fed Bldg & US Courthouse    P.O. Box 70919
MALVERN, PA 19355-0701               300 Recinto Sur Street, Room 109          Charlotte, NC 28272-0919
                                     San Juan, PR 00901-1964


A.E.E.L.A.                           AMERICAN INFOSOURCE LP AS AGENT FOR       CHASE
PO BOX 364508                        WORLD FINANCIAL NETWORK NATIONAL BANK AS  CARD MEMBER SERVICE
SAN JUAN, PR  00936-4508             Victoria's Secret                         PO BOX 94014
                                     PO Box 248872                             PALATINE, IL  60094-4014
                                     Oklahoma City, OK  73124-8872


CITFINANCIAL RETAIL SERVICES         CRIM                                      DORAL BANK, INC.
PO BOX 71328                         LEGAL COUNSEL OFFICE                      C/O LIGIA RIVERA BUJOSA
SAN JUAN, PR  00936-8428             PO BOX 195387                             PO BOX 7821
                                     SAN JUAN PR 00919-5387                    PONCE PR 00732-7821


Doral Bank                           (p)ORIENTAL BANK AND TRUST                MARCELINO PIZARRO ESPADA
P.O. Box 70308                       PO BOX 195115                             URB. VILLA MADRID
San Juan, P.R.   00936-8308          SAN JUAN PR 00919-5115                    CALLE XX-2
                                                                               COAMO, PR  00769


NCEP, LLC                            PRA Receivables Management, LLC           SEARS CREDIT CARDS
by American InfoSource LP as agent   As Agent Of Portfolio Recovery Assocs.    PO BOX 183081
PO Box 248872                        PO Box 12914                              COLUMBUS, OH  43218-3081
Oklahoma City, OK  73124-8872        NORFOLK VA 23541-0914


TOYOTA FINANCIAL SERVICES            Toyota Credit de Puerto Rico Corporation  Toyota Motor Credit Corporation
PO BOX 71410                         P.O. Box 366251                           c/o Becket and Lee LLP
SAN JUAN, PR  00936-8510             San Juan, Puerto Rico 00936-6251          POB 3001
                                                                               Malvern  PA 19355-0701


VICTORIA'S SECRET                    ALEJANDRO OLIVERAS RIVERA                 MADELINE SOTO PACHECO
PO BOX 659728                        ALEJANDRO OLIVERAS CHAPTER 13 TRUS        LUBE & SOTO LAW OFFICES, P.S.C.
SAN ANTONIO, TX  78265-9728          PO BOX  9024062                           1130 AVE FD ROOSEVELT
                                     SAN JUAN, PR 00902-4062                   SAN JUAN, PR 00920-2906


MONSITA LECAROZ ARRIBAS              NAYDA M RIVERA SOTO
OFFICE OF THE US TRUSTEE (UST)       URB SANTA MARIA
OCHOA BUILDING                       CALLE 28 E1
500 TANCA STREET  SUITE 301          GUAYANILLA, PR 00656
SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
EUROBANK                        End of Label Matrix
PO BOX 5447                     Mailable recipients    28
SAN JUAN, PR  00919-5447        Bypassed recipients     0
                                Total                  28
```